AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

DEC 26 2019

SOUTHERN DISTRICT OF TEXAS

David J. Bradley, Clerk

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Rodolfo De Leon-Jalomo

**CRIMINAL COMPLAINT**

Case Number: M-19-3159-M

IAE  YOB: 1968
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 24, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Progreso, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Rodolfo De Leon-Jalomo was encountered by Border Patrol Agents near Progreso, Texas on December 24, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 24, 2019, near Progreso, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on November 20, 2012, through Harlingen, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 5, 2007 the defendant was convicted of 8 USC 1326 Illegal re-entry into the United States and sentenced to seventy-two (72) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA Amy L. Greenbaum 12/26/19
*Amy J. Greenbar*

Signature of Complainant

Sworn to before me and subscribed in my presence,          8:31 am

**Jose Diaz**
Printed Name of Complainant

December 26, 2019
Date

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer